## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIERDRE O. SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-4177** |
| **UNITED STATES GOVERNMENT AGENCY** | **SECTION: "H"(3)** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60)days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During the sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 26th day of JANUARY, 2012

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE